**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01175-PAB

RICHARD A. MCCRACKEN and
LUTHER S. MCCRACKEN,

    Plaintiffs,

v.

BAC HOME LOANS SERVICING, LP, f/k/a Country Wide Home Loan Servicing, LP,
BANK OF AMERICA HOME LOAN,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,
CITY FIRST MORTGAGE SERVICES, LLC,
ROGER J. HOPP & ASSOCIATES,
HOPP LAW FIRM, LLC,
PAUL BROWN, Mesa County Public Trustee,
SHARON ENER, Mesa County Public Trustee,
BRAY REAL ESTATE,
FEDERAL NATIONAL MORTGAGE ASSOCIATION,
THE CASTLE LAW GROUP, LLC,
BRIAN J. FLYNN, District Court Judge,
BLANK ROME, LLP,
RICHARD T. GURLEY, District Court Judge,
DAVID ARNOLD BOTTGER, District Court Chief Judge,
CRAIG P. HENDERSON, District Court Judge,
BRUCE R. RAAUM, District Court Judge, and
JOHN DOES 1-10,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    The Order [Docket No. 8] of Judge Philip A. Brimmer entered on June 6, 2013 it is, directs the clerk to enter judgment if plaintiffs do not file an amended complaint before August 6, 2013.  From a review of the docket in this case, no amended complaint

has been filed by the plaintiffs.  Accordingly, it is

**ORDERED** that final judgment is hereby entered in favor of the defendants and against the plaintiffs.  It is

**FURTHER ORDERED** that this case is closed in its entirety.

Dated at Denver, Colorado this 8th day of August, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk